MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 13-0090 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| WALTER BRUCE HARRELL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on February 25, 2013, and with the consent of the defendant Walter Bruce Harrell ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 21, 2013 to March 22, 2013.  The Court finds and holds, as follows:

1.      The defendant made his initial appearance before the Court on February 21, 2013.  At that appearance, the Court provisionally appointed AFPD Candis Mitchell to represent the defendant and continued the matter to February 25, 2013 for identification of counsel.

2.      At the appearance on February 25, 2013, the Court officially appointed AFPD Mitchell to represent the defendant.  The parties jointly requested that the Court set the matter for an initial status hearing before the assigned district court judge, the

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 13-0090 SI

1  Honorable Susan Illston, for March 22, 2013.  The parties advised the Court that the

2  government would very soon be producing discovery to the defense and that the defense

3  needed additional time to review that discovery and to investigate the case.

4          3.      Based on these facts, the Court finds that, taking into the account the public

5  interest in the prompt disposition of criminal cases, granting the continuance until March

6  22, 2013, is necessary for effective preparation of defense counsel.  See 18 U.S.C.

7  § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice

8  served by excluding the period from February 21, 2013 to March 22, 2013 outweigh the

9  best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

10          4.      Accordingly, and with the consent of the defendant, the Court orders that

11  the period from February 21, 2013 to March 22, 2013 be excluded from Speedy Trial Act

12  calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

13  SO STIPULATED.

14  DATED: February 25, 2013              MELINDA HAAG
                                          United States Attorney
15

16                                        _____
                                          /s/
17                                        KYLE F. WALDINGER
                                          Assistant United States Attorney
18

19  DATED: February 25, 2013              _____
                                          /s/
20                                        CANDIS LEA MITCHELL
                                          Counsel for the defendant WALTER BRUCE
21                                        HARRELL

22  IT IS SO ORDERED.

23

24  DATED: February  28 , 2013            _____

25                                        MARIA-ELENA JAMES
                                          United States Magistrate Judge

26

27

28

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 13-0090 SI                          -2-